**Leatha PADGETT, Appellant,**

v.

**ST. REGIS ENVELOPE CO., and Treasurer of Missouri, as Custodian of the Second Injury Fund, Respondents.**

No. 74531.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 13, 1999.

Rex M. Burlison, Burlison, Suddarth & Koor, L.L.C., O'Fallon, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Beverly E. Temple, Asst Atty. Gen., St. Louis, for Second Injury Fund.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

*ORDER*

PER CURIAM.

Leatha Padgett appeals the award of the Labor and Industrial Relations Commission denying her claim for permanent total disability against the Second Injury Fund. Pad-

gett settled her claim against her employer, St. Regis Envelope Co. We have reviewed the briefs of the parties and the record on appeal and find that the award is supported by competent and substantial evidence on the whole record. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).